UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CASE NO.:

800 INDIAN TRAIL OWNERS
ASSOCIATION, INC.,

      Plaintiff,

v.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

      Defendant.

_____/

## NOTICE OF REMOVAL

      Defendant, Westchester Surplus Lines Insurance Company ("Westchester"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removes this case from the Circuit Court of the First Judicial Circuit, in and for Okaloosa County, Florida, to the United States District Court for the Northern District of Florida, and states as follows:

      1.    Plaintiff, 800 Indian Trail Owners Association, Inc. ("800 Indian Trail"), commenced this action by filing a Complaint, Case No. 2023-CA-003850-F, in the Circuit Court of the First Judicial Circuit, in and for Okaloosa County, Florida. Copies of the Complaint and docket are attached as Exhibits.

      2.    Westchester was served on October 25, 2023.

## Diversity of Citizenship

3. The Plaintiff is incorporated in the State of Florida and has its principal address in Destin, Florida. *See* 800 Indian Trail Annual Report, attached as an Exhibit.

4. Accordingly, the Plaintiff is a citizen of the State of Florida.

5. Westchester is an insurance company incorporated in the State of Georgia with a principal place of business in the Commonwealth of Pennsylvania.

6. Therefore, for purposes of 28 U.S.C. § 1332, diversity of citizenship existed among the Plaintiff and Westchester at the time the Plaintiff commenced this action in state court and continues to exist as of the time of filing this Notice of Removal.

## Amount in Controversy

7. The Plaintiff alleges that it owned a property located at 3850 Indian Trail, Destin, Okaloosa County, Florida 32541 ("Property").[1]

8. Westchester issued a commercial insurance policy to the Plaintiff that provided certain insurance coverage for the Property.[2] A copy of the Policy is attached as an Exhibit.

---

[1] Compl. ¶ 2.
[2] Compl. ¶ 4.

9. The Plaintiff alleges that on or about December 1, 2022, the Plaintiff suffered wind damage to the Property.[3]

10. The Policy has a Building Limit of Insurance of $800,000.00. The Policy has a 5% Windstorm or Hail Deductible, which is $40,000.00.

11. The Plaintiff reported a claim to Westchester for damage to the Property.[4]

12. On September 22, 2023, prior to commencing suit, Plaintiff filed a Property Insurance Notice of Intent to Initiate Litigation and indicated that damages in dispute are $115,027.00, and made a pre-suit settlement demand of $137,530.00, which included $22,353.00 for attorney's fees. A copy of the Property Insurance Notice of Intent to Initiate Litigation and corresponding estimate are attached as an Exhibit.

13. Based upon the foregoing, Westchester has a good faith belief that the amount in controversy is in excess of $75,000, exclusive of interest and costs.

14. Venue is proper in this district pursuant to 28 U.S.C. § 1391(a).

15. A copy of this Notice will promptly be filed with the Clerk of the Circuit Court of the First Judicial Circuit in and for Okaloosa County, Florida.

---

[3] Compl. ¶ 6.
[4] Compl. ¶ 8.

WHEREFORE, Westchester Surplus Lines Insurance Company hereby removes this action to this Court.

Respectfully submitted,

**COZEN O'CONNOR**

By: */s/ Chad A. Pasternack*
    Chad A. Pasternack
    Florida Bar No. 117885
    cpasternack@cozen.com
    1801 N. Military Trail, Suite 200
    Boca Raton, FL 33431-1810
    Telephone: (561) 515-5250

    Veronica Guerra, Esq.
    Florida Bar No. 119181
    vguerra@cozen.com
    200 South Biscayne Blvd., Ste. 3000
    Miami, Florida 33131
    Telephone: (305) 397-0826

    *Counsel for Defendant, Westchester Surplus Lines Insurance Company*

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that a true and correct copy of the foregoing was filed and served via the Florida Court's e-Filing Portal 17th day of November, 2023 on All Counsel listed on the following Service List.

/s/  Chad A. Pasternack
Chad A. Pasternack

**SERVICE LIST**
*Counsel for Plaintiff*
VANESSA ROSS, ESQ.
Florida Bar No. 28356
vross@rosslegalfl.com
KRISTOPHER D. WENMARK, ESQ.
Florida Bar No. 119448
kwenmark@rosslegalfl.com
ROSS LEGAL GROUP, P.A.
1800 2nd Street, Suite 892
Sarasota, FL 34236
Telephone: (941)275-1998