**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA OF FLORIDA**
**PENSACOLA DIVISION**

800 INDIAN TRAIL OWNERS
ASSOCIATION INC,

    Plaintiff,                    CASE NO.: 3:23-CV-24719-MCR-HTC

vs.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

    **COMES NOW,** Plaintiff, 800 INDIAN TRAIL OWNERS ASSOCIATION INC, by and through the undersigned counsel, and hereby files this Notice of Settlement of the above-captioned case, wherein the parties reached a settlement agreement on August 1, 2024. The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

## CERTIFICATE OF SERVICE

      I hereby certify that on August 12, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, via transmission of Notice of Electronic Filing generated by CM/ECF or in the manner authorized for counsel not authorized to receive electronically Notice of Electronic Filing.

*/s/ Vanessa Ross*

_____
VANESSA ROSS, ESQUIRE
Florida Bar No. 28356
vross@rosslegalfl.com
Ross Legal Group
1800 2nd Street, Suite 892
Sarasota, FL  34236
Telephone: (941) 275-1998
Attorney for Plaintiff
eservice@rosslegalfl.com

**Service List**
John David Dickenson
Florida Bar No. 575801
jdickenson@cozen.com
1801 N. Military Trail, Suite 200
Boca Raton, FL 33431
Telephone: (561) 515-5250
kdaugharty@cozen.com
LKrtausch@cozen.com
Attorney for Defendant, Westchester Surplus Lines Insurance Company

Juan P. Garrido, Esq.
Florida Bar No. 118678
jgarrido@cozen.com
200 South Biscayne Blvd., Ste. 3000
Miami, FL 33131
Telephone: (305) 397-0832
Attorney for Defendant, Westchester Surplus Lines Insurance Company